# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0547

_____

ZACHARY ANTWANN LITTLETON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

October 22, 2025

PER CURIAM.

Because the lower tribunal has ruled on Petitioner's motion for postconviction "DNA" testing, the Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022); *Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Zachary Antwann Littleton, pro se, Petitioner.

James Uthmeier, Attorney General and Trisha Meggs Pate, Tallahassee Bureau Chief, Criminal Appeals, Tallahassee, for Respondent.